UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00267-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFAULT** |
| Vs. | ) | **JUDGMENT** |
| | ) | |
| **ROSALIND BLAND,** | ) | |
| | ) | |
| Defendant. | ) | |

      **THIS MATTER** having come before the court on a Motion for Entry of Default Judgment (#10) and Amended Motion for Entry of Default Judgment (#11), and it appearing that defendant has not Answered the Complaint or otherwise appeared, that Default has been entered, and that the plaintiff is entitled to entry of Judgment for a sum certain, $117,440.87, which is the total debt plus interest at the contract rate from March 29, 2017, to the date of this Judgment, an amount which the court has calculated from the verified information provided in the attachment to the Complaint,

      **IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that **DEFAULT JUDGMENT** is **ENTERED** in favor of plaintiff and against defendant in the amount of $117,440.87, with interest running from the date of this Judgment at the federal judgment rate as provided by 28 U.S.C. § 1961(a).

Signed: September 8, 2017



Max O. Cogburn Jr.
United States District Judge