UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-267-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROSALIND BLAND, | ) | |
| Defendant | ) | |

**THIS MATTER** is before the Court on a Motion to Dismiss, filed by the United States of America. (Doc. No. 21). For the reasons stated therein and for good cause shown, the motion is **GRANTED**.

It is further **ORDERED** that the Application for Writ of Execution filed on January 3, 2024 (Doc. No. 14), and the Application for Writ of Continuing Garnishment filed on January 12, 2024 (Doc. No. 17), against Defendant Rosalind Bland are **DISMISSED**.

Signed: May 14, 2024

Max O. Cogburn Jr
United States District Judge